# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−5 | User: admin | Date Created: 2/12/2026 |
| Case: 26−50077 | Form ID: pdfdoc10 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr      George I. Roumeliotis      trustee@roumeliotislaw.com

                       TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Fabio Castro de Oliveira      323 Fairfield Ave      Bridgeport, CT 06604
db      Carina Castro Amorim      323 Fairfield Ave      Bridgeport, CT 06604

                       TOTAL: 2