United States Bankruptcy Court
District of Connecticut

In re:                                                                                                          Case No. 26-50077-jam
Fabio Castro de Oliveira                                                                         Chapter 7
Carina Castro Amorim
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0205-5                    User: admin                                             Page 1 of 1
Date Rcvd: Mar 02, 2026           Form ID: pdfdoc1                                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

**Recip ID**       **Recipient Name and Address**
db/db              + Fabio Castro de Oliveira, Carina Castro Amorim, 323 Fairfield Ave, Bridgeport, CT 06604-4293

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026                           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:

**Name**                          **Email Address**
George I. Roumeliotis
                                  trustee@roumeliotislaw.com  ma52@ecfcbis.com

George I. Roumeliotis
                                  on behalf of Trustee George I. Roumeliotis trustee@roumeliotislaw.com  ma52@ecfcbis.com

U. S. Trustee
                                  USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 3

# United States Bankruptcy Court
## District of Connecticut

In re:

    Fabio Castro de Oliveira

    Carina Castro Amorim

    Debtor*

Case Number:  26-50077

Chapter:  7

## NOTICE OF DEADLINE TO OBJECT TO THE CHAPTER 7 TRUSTEE'S FINAL REPORT AND FINAL ACCOUNT IN A NO ASSET CASE

    **PLEASE TAKE NOTICE** that on March 2, 2026, George I. Roumeliotis, the Chapter 7 Trustee, filed a Chapter 7 Trustee's Final Account in a no asset case, ECF No. 11, in which the Trustee certified that the Debtor's estate has been fully administered in accordance with Fed. R. Bankr. P. 5009(a), *See,* the Chapter 7 Trustee's Final Report and Final Account below:

Final Chapter 7 Trustee's Report of No Distribution: I, George I. Roumeliotis, having been appointed trustee of the estate of the above-named debtor(s), report that this case was dismissed or converted. I have neither received any property nor paid any monies on account of this estate. I hereby certify that the chapter 7 estate of the above-named debtor(s) has been fully administered through the date of conversion or dismissal. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): Not Applicable, Assets Exempt: Not Applicable, Claims Scheduled: Not Applicable, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable.

    **NOTICE IS FURTHER GIVEN** that any objection to the Chapter 7 Trustee's Final Report and Final Account must be filed with the Clerk's Office on or before April 6, 2026 *. If an objection is filed a hearing may be scheduled, and, in that event a separate Notice of Hearing will issue.

Dated: March 2, 2026

                                                                      Pietro Cicolini

                                                                     Clerk of Court

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.